## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        CASE NO. 04-80228

      Plaintiff,             HON. LAWRENCE P. ZATKOFF

v.

FRANK SAHUTSKE,

      Defendant.

_____/

## ORDER

Defendant pled guilty to Simple Assault Within Maritime and Territorial Jurisdiction, and was sentenced on December 2, 2004. Defendant was sentenced to five years probation, with the first twelve months to be served at a community corrections center.

On July 14, 2005, Defendant was charged with six probation violations. Defendant's violation hearing is scheduled for January 26, 2006; however, Defendant is scheduled to be released from the community corrections center on January 10, 2006. It is hereby ordered that Defendant remain at the community corrections center until his hearing on January 26, 2006

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: January 6, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 6, 2006.

s/Marie E. Verlinde  
Case Manager  
(810) 984-3290